UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Stephen Minor</u>

    v.                                No. 06-fp-242

<u>Grafton County Department of</u>
<u>Corrections, Superintendent, et al.</u>

<u>ORDER GRANTING REQUEST TO</u>
<u>PROCEED IN FORMA PAUPERIS</u>

    Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

    This case has been assigned civil number **06-cv-242-PB**.

    **SO ORDERED.**

                                /s/ James R. Muirhead
                                James R. Muirhead
                                United States Magistrate Judge

Date: July 18, 2006

cc:    Stephen Minor, *pro se*