UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Stephen Minor</u>

    v.                                    No. 06-fp-242

<u>Grafton County Department of</u>
<u>Corrections, Superintendent, et al.</u>

### <u>ORDER GRANTING REQUEST TO</u><br><u>PROCEED IN FORMA PAUPERIS</u>

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **<u>06-cv-242-PB</u>**.

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: July 18, 2006

cc:    Stephen Minor, *pro se*