UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Stephen Miner</u>

v.                                          Civil No. 06-cv-242-JD

<u>Grafton County Department of Corrections,</u>
<u>Superintendent, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated November 8, 2006, no objection having been filed.

SO ORDERED.


December 5, 2006                    /s/ Joseph A. DiClerico, Jr.
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge



cc:   Stephen Miner pro se
      Donald E. Gardner, Esq.